IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Order denying defendant's motion for leave to renew motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper Hagarty, Seeger and Carswell, JJ., concur.

LENA ROMM, Appellant, v. WOLFE ROMM, Respondent.— Orders modified so as to allow one hundred dollars counsel fee and twelve dollars a week alimony, and as so modified affirmed, with ten dollars costs and disbursements to appellant. Defendant admits having left plaintiff without provision for her support. The burden of proof is upon him to justify his conduct. If he is unable to do so, plaintiff is entitled to a separation and alimony. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

WILLIAM J. SCHAEFER, Respondent, v. MORRIS L. SCHUPACK, Also Known as MORRIS L. SHUPACK, Appellant, and GEORGE MORRIS, Defendant.— Order granting, upon condition, motion of defendant Morris L. Schupack to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

JAMES J. SCOTT, Appellant, v. WALTER GALLAGHER, Respondent.— Judgment and order reversed upon the facts and new trial granted, costs to abide the event. The record plainly discloses a fracture of the femur and probably of the collar bone. The verdict of the jury was less than the loss of earnings and the hospital bill paid by plaintiff. No compensation at all was given for plaintiff's injuries. The verdict ■ was clearly inadequate and should be set aside. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

MARTHA STELLJES, Respondent, v. JOHN STELLJES, Appellant.— Order on reargument, confirming original order, modified by providing therein that the application for alimony be denied, and that defendant pay counsel fees in the sum of seventy-five dollars, one-half within ten days after service of a copy of the order with notice of its entry thereon upon his attorney, and the balance on or before the day of trial. As so modified the order is affirmed, without costs. Defendant asserts, and it is not denied, that plaintiff and child are living at his home, and that he gives her the greater portion of his salary. Under these circumstances no alimony should have been awarded. In light of defendant's financial circumstances an allowance of one hundred and twenty-five dollars for counsel fees was excessive. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.